IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CV-282-D

| | |
|---|---|
| ADVANCE CONCRETE, LLC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| THR ENTERPRISES, INC., and ) | |
| HANOVER INSURANCE COMPANY, ) | |
| ) | |
| Defendants. ) | |

The motion to transfer [D.E. 6] is DISMISSED as moot. The action was transferred to this court. See [D.E. 18]. The motion to dismiss [D.E. 6] is DENIED.

SO ORDERED. This 12 day of July 2016.

JAMES C. DEVER III
Chief United States District Judge