IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:16-cv-00282-D

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of Advance Concrete, L.L.C, | ) ) ) |
| Use Plaintiff, | ) ) ) |
| v. | ) ) |
| T.H.R. ENTERPRISES, INC. and THE HANOVER INSURANCE COMPANY, | ) ) ) |
| Defendants. | ) |

## DISMISSAL ORDER

Upon consideration of the joint motion and stipulation of the parties submitted herein for dismissal, and for good cause shown, the Court grants the parties' joint motion, accepts the parties' stipulations, and incorporating the same ORDERS that this action, including all claims, counterclaims, and cross-claims of all parties, be, and the same hereby is and are, dismissed, with prejudice, with use plaintiff on the one hand, and defendants on the other hand, bearing their own costs and attorney's fees.

SO ORDERED. This _28_ day of February 2017.

_____
JAMES C. DEVER III
Chief United States District Judge